1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL THOMAS
   Assistant U.S. Attorney
3  RACHANA N. SHAH
   Special Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2800

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   )   Mag. No. 10-348 EFB
                                 )
12 |         Plaintiff,          )   [PROPOSED] ORDER TO DISMISS
                                 )   COMPLAINT
13 |   v.                        )
                                 )
14 | SHEROLD L. HUBBARD,         )
                                 )
15 |         Defendant.          )
   |_____)
16

17      It is Hereby Ordered that the plaintiff United States of

18 America's motion to dismiss Mag. No. 10-348 EFB is GRANTED.

19      IT IS SO ORDERED.

20 Dated: January 18, 2011

21

22                              _____
                                HON. DALE A. DROZD
23                              United States Magistrate Judge

24

25

26

27

28